Mahir T. Sherif (135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA  92104
Tel: (619) 297-4444
Fax: (619) 297-4115

FILED
06 OCT 24  PM 2:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Dana M. Sabraw)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         Plaintiff,    vs.  **LORENZO GONZALEZ-MEDINA,**         Defendant. | Case No.:  05CR0172-DMS  SUBSTITUTION OF ATTORNEY AND ORDER THEREON |

It is ordered that Attorney, MAHIR T. SHERIF, shall be substituted as attorney of record, for defendant, LORENZO GONZALEZ-MEDINA.

IT IS SO ORDERED.

Dated: __10-24-06__                           _____
                                                              Honorable District Court Judge